UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 07-47960-TJT
Lindy Jenkins  CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

_____Debtor_____

# NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| LINDY JENKINS 817 HARCOURT GROSSE POINTE PARK, MI 48230-0000 SSN: XXX-XX-4187 | N/A | N/A | DEBTOR REFUND | 1311092 | 10/29/10 | $ 92.31 |

DATED: November 04, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930      2901131
DETROIT, MICHIGAN 48231-1930

0747960 00000 017414 1311092
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 10/29/2010                                                                 Check No: 1311092
Payee: CLERK OF US BANKRUPTCY COURT

| 0747960 | Lindy Jenkins | | | 92.31 | 0.00 | 92.31 |
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

**TAMMY L. TERRY**
**TRUSTEE**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79
611

**CHECK NO. 1311092**
SunTrust Bank

FOR  Lindy Jenkins
BK:0747960  ACCT:
PRIN:   92.31   INT:   0.00

DATE  Oct 29, 2010
AMOUNT
*********92.31

PAY  **92.31**
Ninety-Two And 31 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $92.31
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

| | |
|---|---|
| IN THE MATTER OF:<br>Lindy Jenkins<br><br>_____ Debtor _____ | CASE NO. 07-47960-TJT<br>CHAPTER 13 PROCEEDINGS<br>HON. THOMAS J. TUCKER |

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**BOREN & CAREY P C**
**2727 S TELEGRAPH RD**
**DEARBORN, MI  48124**

**Last Known Address for Debtor:**

**LINDY JENKINS**
**817 HARCOURT**
**GROSSE POINTE PARK, MI  48230**

DATED: November 04, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100